HELENA M. WHITTAKER, as Administratrix of the Estate of GEORGE W. WHITTAKER, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Whittaker* v. *N. Y. C. & H. R. R. R. Co.,* 153 App. Div. 934, affirmed.

(Argued May 22, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Alfred L. Becker* for appellant.

*Ralph S. Kent* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WILLARD BARTLETT, CHASE, CUDDE-BACK, HOGAN and MILLER, JJ. Absent: CULLEN, Ch. J.